UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
SANDEEP R. RAMAKAPETA, on behalf of : Civil Action No. 10-cv-04650 (DMC) (JAD)
himself and all others similarly situated,            :
                                                      :
                        Plaintiffs,                   :
                                                      :
            v.                                        :
                                                      :        **NOTICE OF VOLUNTARY**
MARLABS INC.; SONA PATEL;                             :        **DISMISSAL WITH PREJUDICE**
SIBY VADAKEKKARA;                                     :              **PURSUANT TO**
SANJAY VIDAYADHARAN; and                              :         **F.R.C.P. 41(A)(1)(A)(i)**
SYSTEM EFFICIENCY, LLC                                :
                                                      :
                        Defendants.                   :
-----------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Sandeep R. Ramakapeta and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against all defendants.

Dated:  December 20, 2010                    The Salvo Law Firm, P.C.

                                             By:___/s/  Cindy D. Salvo_____
                                                  CINDY D. SALVO

                                             165 Passaic Avenue, Suite 310
                                             Fairfield, NJ 07004
                                             (973) 233-4080 (phone)
                                             (973) 900-8800 (fax)
                                             csalvo@salvolawfirm.com
                                             *Attorneys for Plaintiff*

| | | |
|---|---|---|
| Daniel A. Kotchen | Michael F. Brown | Vonda K. Vandaveer |
| Daniel L. Low | Peterson, Berk & Cross, S.C. | V.K. Vandaveer, P.L.L.C. |
| Kotchen & Low LLP | 200 E. College Ave. | P.O. Box 27317 |
| 2300 M Street, NW, Suite 800 | Appleton, WI 54912 | Washington, DC 20038-7317 |
| Washington, D.C. 20037 | 920-831-0300 (phone) | 202-340-1215 (phone) |
| (202) 416-1848 (phone) | 920-831-0165 (fax) | 202-521-0599 (fax) |
| (202) 280-1128 (fax) | mbrown@pbclaw.com | atty@vkvlaw.com |
| dkotchen@kotchen.com | *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| dlow@kotchen.com | | |
| *Attorneys for Plaintiff* | | |